IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CASE NO. 4:19-CR-00815 |
| SILVANO VILLANUEVA, JR. | § § § | |

**DEFENDANT'S OBJECTION TO THE PRESENTENCE INVESTIGATION REPORT**

COMES NOW Defendant, Silvano Villanueva, by and through counsel, and responds as follows:

Defendant objects to paragraph no. 33 of the PSR which states as follows:

33. Adjustment for Role in the Offense: Pursuant to USSG § 3B1.1(c), the offense level is increased by two, as the defendant was an organizer, leader, manager, or supervisor in any criminal activity other than described in (a) or (b).

WHEREFORE PREMISES CONSIDERED, Defendant respectfully requests that his Objection be sustained.

LAW OFFICE OF EDDIE LUCIO

*/s/ Eddie Lucio*
Eddie Lucio
Federal ID No. 22009
State Bar No. 00791145
834 E Tyler St.
Brownsville, Texas 78520
(956) 546-9400
(956) 750-8807 Facsimile
elucio@luciolaw.com
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on counsel for the United States and all parties via electronic notification pursuant to local rule on this 5th day of November 2021.

*/s/Eddie Lucio*
Eddie Lucio
Attorney at Law